IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATURNINO PRADO, | No. C 10-0981 JSW (PR) |
| Petitioner, | |
| vs. | **TRANSFER ORDER** |
| SUPERIOR COURT JUDGE ALICE E. ALTOON, | |
| Respondent. | |

Petitioner, a California prisoner incarcerated at California State Prison-Sacramento in Represa, California, seeks federal habeas review of his conviction from Los Angeles County, which lies within the venue of the Central District of California. See 28 USC § 84(b). Venue is proper in a habeas action in either the district of conviction or the district of confinement, see id § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Because the County of Los Angeles lies in the Central District of California, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California. the Clerk of the Court is directed to transfer this

1 | matter forthwith.
2 |     IT IS SO ORDERED.
3 | DATED: March 29, 2010

_____
JEFFREY S. WHITE
United States District Judge

2

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | FOR THE |
| 3   | NORTHERN DISTRICT OF CALIFORNIA |

SATURNINO PRADO,

        Plaintiff,

  v.

SUPERIOR COURT et al,

        Defendant.
_____/

Case Number: CV10-00981 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Saturtino Prado
P98312
P.O. Box 290066
Represa, CA 95671

Dated: March 29, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk